Representing Management Exclusively in Workplace Law and Related Litigation

**jackson|lewis.**

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville, New York 11747
Tel 631 247-0404
Fax 631 247-0417
www.jacksonlewis.com

ALBANY, NY
ALBUQUERQUE, NM
ATLANTA, GA
AUSTIN, TX
BALTIMORE, MD
BIRMINGHAM, AL
BOSTON, MA
CHICAGO, IL
CINCINNATI, OH
CLEVELAND, OH
DALLAS, TX
DAYTON, OH
DENVER, CO
DETROIT, MI
GRAND RAPIDS, MI

GREENVILLE, SC
HARTFORD, CT
HONOLULU, HI*
HOUSTON, TX
INDIANAPOLIS, IN
JACKSONVILLE, FL
KANSAS CITY REGION
LAS VEGAS, NV
LONG ISLAND, NY
LOS ANGELES, CA
MADISON, WI
MEMPHIS, TN
MIAMI, FL
MILWAUKEE, WI
MINNEAPOLIS, MN

MONMOUTH COUNTY, NJ
MORRISTOWN, NJ
NEW ORLEANS, LA
NEW YORK, NY
NORFOLK, VA
OMAHA, NE
ORANGE COUNTY, CA
ORLANDO, FL
PHILADELPHIA, PA
PHOENIX, AZ
PITTSBURGH, PA
PORTLAND, OR
PORTSMOUTH, NH
PROVIDENCE, RI

RALEIGH, NC
RAPID CITY, SD
RICHMOND, VA
SACRAMENTO, CA
SALT LAKE CITY, UT
SAN DIEGO, CA
SAN FRANCISCO, CA
SAN JUAN, PR
SEATTLE, WA
ST. LOUIS, MO
TAMPA, FL
WASHINGTON, DC REGION
WHITE PLAINS, NY

*through an affiliation with Jackson Lewis P.C., a Law Corporation

MY DIRECT DIAL IS: 631-247-4609
MY EMAIL ADDRESS IS: ROGER.BRITON@JACKSONLEWIS.COM

August 8, 2018

**VIA ECF**

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom: 1506
New York, NY 10007

      Re: *Latia Davis v. NYU Hospitals Center et al.*,
         Case No. 17-CV-3478

Dear Judge Abrams:

  We represent Defendants in the above matter. With the consent of counsel for Plaintiff, we submit this joint letter updating the Court in advance of the post-discovery conference scheduled for August 15, 2018 at 3:30 pm.

- Status of the Case: Discovery and expert discovery is complete. There are no outstanding issues which require the Court's attention.
- Dispositive Motions: Defendants, NYU Hospitals Center (and NYU Langone Medical Center, Inc), Maria Silva and Gabriela Loyola presently contemplate filing a motion for summary judgment seeking dismissal of all claims against each of them.
- Settlement Status: The parties engaged in mediations, which were unsuccessful, before the EEOC and in the SDNY early mediation program. Over the past several weeks, following the close of discovery, settlement discussions have resumed and a demand and offer have been exchanged. Although the parties remain quite far apart, it appears that there is now a serious interest on all sides in attempting to settle. However, given the current gap, all counsel believe that the prospects of settlement would benefit from referral to the assigned Magistrate, Magistrate Judge Fox, for purposes of a settlement conference.

**jackson|lewis.**

      If the Court should require any further information in advance of the August 15 conference, please let us know.

                               Very truly yours,

                               JACKSON LEWIS P.C.

                               Roger H. Briton

RHB/eba

cc:    Abraham Z. Melamed, Esq.