```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LATIA DAVIS,

        Plaintiff,

  -against-                                        **ORDER**
                                                    17 CV 3478 (RA) (KNF)

NYU HOSPITALS CENTER, et al.,

        Defendants.
-----------------------------------------------------------X
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for October 17, 2018, shall be held on November 1, 2018, at 10:30 a.m., in courtroom 228, 40 Centre Street, New York, New York.

Dated:  New York, New York                SO ORDERED:
         September 20, 2018

*/s/ Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE