UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LATIA DAVIS,

                Plaintiff,

-against-

NYU HOSPITALS CENTER, NYU
LANGONE MEDICAL CENTER, INC.,
MARIA SILVA, individually, GABRIELA
LOYOLA, individually

                Defendants.

Case No. 17-CV-3478
(RA)(KNF)

---

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the duly authorized attorneys of record for Plaintiff and Defendants that the above-entitled action shall be dismissed with prejudice and without costs or attorneys' fees to any party as against the other.

| DEREK SMITH LAW GROUP, PLLC | JACKSON LEWIS P.C. |
| --- | --- |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANTS* |
| One Penn Plaza, Suite 4905 | 58 South Service Road, Ste. 250 |
| New York, NY 10119 | Melville, New York 11747 |
| (212) 587-0760 | (631) 247-0404 |
| By: _____ | By: _____ |
| Abraham Melamed, Esq. | Roger H. Briton, Esq. |
| Dated: 12/11/18 | Dated: 1/29/19 |

SO ORDERED on this ____ day of _____, 2018

_____
U.S.D.J.