UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/30/19
```

LATIA DAVIS,

                Plaintiff,

-against-

NYU HOSPITALS CENTER, NYU
LANGONE MEDICAL CENTER, INC.,
MARIA SILVA, individually, GABRIELA
LOYOLA, individually

                Defendants.

Case No. 17-CV-3478
(RA)(KNF)

## STIPULATION OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the duly authorized attorneys of record for Plaintiff and Defendants that the above-entitled action shall be dismissed with prejudice and without costs or attorneys' fees to any party as against the other.

DEREK SMITH LAW GROUP, PLLC
*ATTORNEYS FOR PLAINTIFF*

One Penn Plaza, Suite 4905
New York, NY 10119
(212) 587-0760

By: _____
Abraham Melamed, Esq.

Dated: 12/11/18

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANTS*

58 South Service Road, Ste. 250
Melville, New York 11747
(631) 247-0404

By: _____
Roger H. Briton, Esq.

Dated: 1/29/19

SO ORDERED on this 30th day of January, 2018

_____
U.S.D.J.